**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

In the Matter of:

**Bryan Robert Bach**   Case Number: 07-03176-jrh
   Chapter: 13
   Filed: 05/01/2007

**SS No.: xxx-xx-7521**

   Debtor
_____

## AFFIDAVIT OF NO-RESPONSE

**NOW COMES** Karl A. H. Bohnhoff and for his Affidavit of No-Response says:

1. He is the attorney for Debtor Bryan Robert Bach.

2. On August 14, 2009 this Court entered a Notice and Order concerning Debtor's Motion to Reconsider Order Dismissing Chapter 13 Case.

3. Pursuant to the Order the Court's office served the Notice and Order together with enclosures to all parties on the Matrix on August 19, 2009.

4. There has been no written objection filed within the deadline to do so despite the passing of the ten (10) day deadline plus six days in which no response written or otherwise has been made known to the undersigned.

     5.     It is requested that the Court issue its Order reinstating the Debtor's Chapter 13 Bankruptcy Case pursuant to its Notice and Order of August 14, 2009.

/s/ Karl A. H. Bohnhoff
Karl A. H. Bohnhoff (P10957)
Attorney for Debtor
Bohnhoff & Mahoney, PLC
912 Centennial Way, Suite 320
Lansing, MI 48917

STATE OF MICHIGAN)
                )ss.
COUNTY OF EATON  )

     On this 4th day of September, 2009 before me, a Notary Public, appeared Karl A. H. Bohnhoff, Attorney for Debtor herein, who made oath that he have read the foregoing Affidavit, by him subscribed and that the contents, thereof, are true and accurate according to the best of his knowledge, information and belief.

/s/ Shannon Freed
Shannon Freed, Notary Public
Acting in Eaton County, Michigan
My commission expires: October 17, 2015