UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In the Matter of:

BRYAN ROBERT BACH,

Case No. HL 07-03176
Chapter 13

Debtor.
_____/

## ORDER FOR REINSTATEMENT OF CHAPTER 13 CASE AND SETTING ASIDE PRIOR ORDER DISMISSING CASE

At a session of said court of bankruptcy, held in and for said district on **SEP - 8 2009**.

PRESENT: HONORABLE JEFFREY R. HUGHES
United States Bankruptcy Judge

On August 11, 2009, Debtor filed a document entitled "Motion to Reinstate Chapter 13 Case." On August 14, 2008, the court signed its Notice and Order re: Debtor's Motion to Reconsider Order Dismissing Chapter 13 Case (the "August 14, 2009 Order"). A copy of the Court's August 14, 2009 Order, together with a copy of Debtor's motion, was served upon all creditors and other parties in interest listed on the matrix in connection with the case. Debtor has filed an affidavit indicating that no timely objection has been filed.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The prior order dismissing the above-captioned chapter 13 case shall be, and hereby is set aside.

2. That **Mary K. Viegelahn** shall be, and hereby is, again appointed as standing Chapter 13 Trustee in connection with the case.

3. The automatic stay imposed by 11 U.S.C. § 362 continues to remain in effect as provided by law.

IT IS FURTHER ORDERED that a copy of this Order shall be served via the BNC upon all parties in the above-captioned case and all other entities listed on the Bankruptcy Court's matrix filed in connection with the case.

Hon. Jeffrey R. Hughes
United States Bankruptcy Judge